

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00073-CV

**IN RE SĀFEN MEDICAL PRODUCTS, LLC**, Elizabeth Friedman, Individually, Elizabeth Friedman as Sole Manager of Sāfen Medical Products, LLC and David J. Friedman, M.D.

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: February 22, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On January 19, 2023, relators filed a petition for writ of mandamus. Relators also filed a motion for stay of certain portions of the complained of discovery order pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relators' Motion for Stay is denied as moot. Relators' First Amended Motion to Expedite Consideration of Motion for Stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2021-CI-14733, styled *B.C. Barnett v. Safen Medical Products, LLC, Elizabeth Friedman, Individually, Elizabeth Friedman as Sole Manager of Safen Medical Products, LLC and David J. Friedman, M.D. v. Ann Graham*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.